991 A.2d 882

Alex ZACHARIAH, Petitioner

v.

STATE CIVIL SERVICE COMMISSION (Pennsylvania Board of Probation and Parole), Respondent.

Supreme Court of Pennsylvania.

March 31, 2010.

## *ORDER*

PER CURIAM.

AND NOW, this 31st day of March, 2010, the Petition for Allowance of Appeal is hereby treated as a Petition for Review, as this matter involves a challenge to the Commonwealth Court's order quashing and dismissing Petitioner's appeal. *See Vaccone v. Syken,* 587 Pa. 380, 384 n. 2, 899 A.2d 1103, 1106 n. 2 (2006). The order of the Commonwealth Court is AFFIRMED.